UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THADDEUS J. FEIMSTER,<br><br>Defendant. | 4:16-CR-20017-TGB<br><br>ORDER GRANTING DEFENDANT'S MOTION TO CORRECT JUDGMENT (DKT. 36) |

Before the Court is Defendant's Motion for Correction of Judgment (Dkt. 36). Having reviewed the Motion and accompanying case record, the Court agrees that the mandatory condition requiring that the defendant comply with the requirements of the Sex Offender Registration and Notification Act was an inadvertent clerical mistake and the condition was entered in error.

Defendant should not be designated as a sex offender and is not bound by any restrictions imposed upon defendants with sex offender status. The Court will enter an amended judgment reflecting this change, pursuant to Fed. R. Crim. P. 36.

DATED this 14th day of December, 2018.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge